DARRELL D. DENNIS, ESQ.
Nevada Bar No. 6618
MICHAEL E. TALBOT, ESQ.
Nevada Bar No. 3827
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
E-Mail: dennis@lbbslaw.com
E-Mail: talbot@lbbslaw.com
*Attorneys for Defendant GEICO Casualty Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANCES MAGLIARO,<br><br>    Plaintiff,<br><br>v.<br><br>GEICO CASUALTY COMPANY, and DOES I through X, inclusive,<br><br>    Defendants. | CASE NO.: 2:11-cv-00758-KJD-PAL<br><br>STIPULATION AND ORDER TO REMAND TO STATE COURT AND LIMIT RECOVERABLE DAMAGES TO $75,000 |

Plaintiff, FRANCIS MAGLIARO ("Plaintiff"), and Defendant GEICO CASUALTY COMPANY ("Defendant"), by and through their respective counsel of record, stipulate as follows:

1. This action was originally filed in the Eighth Judicial District Court, State of Nevada, on April 6, 2011, and thereafter removed to this Court on May 11, 2011 on grounds of diversity of citizenship.

2. This case involves alleged claims for underinsured motorist benefits, bad faith and violation of the Unfair Claims Practices Act. Prior to making an underinsured motorist

1  claim against the Defendant, Plaintiff recovered $20,000.00 from the tortfeasor's insurance
2  company, and $1,000.00 in medical payments benefits from Defendant under Plaintiff's auto
3  insurance policy with Defendant. Defendant is entitled to an offset of $21,000.00 against
4  Plaintiff's total damages for the $20,000.00 recovered from the tortfeasor's insurance
5  company and the $1,000.00 in medical payments benefits received from Defendant under
6  Plaintiff's policy with Defendant.

7      3.    Plaintiff stipulates that her total damages on all claims and causes of action
8  asserted or to be asserted in this action do not and will not exceed the sum of Seventy-Five
9  Thousand and 00/100 Dollars ($75,000.00), after application of the applicable $21,000.00
10 offset and exclusive of costs, interest and attorneys fees. This stipulation that Plaintiff's total
11 damages in this action do not exceed $75,000.00 applies to any all claims arising out of or
12 relating to this action, regardless of claim or theory of liability and regardless of whether
13 presently pled or not, and applies to all damages whether general, special, punitive or
14 otherwise.

15     4.    Pursuant to this Stipulation, under no circumstances can Plaintiff recover more
16 than $75,000.00 from Defendant, exclusive of costs, interest and attorneys fees, and Plaintiff
17 stipulates that she will neither seek nor accept any award of damages in this action greater
18 than $75,000.00. In no event shall judgment be entered in favor of Plaintiff in an amount in
19 excess of $75,000.00, exclusive of costs, interest and attorneys fees.

20     5.    By entering into this Stipulation, Defendant neither acknowledges nor concedes
21 liability or damages with respect to any claims brought by Plaintiff in her Complaint, whether
22 original or as may be amended.

23 / / /
24 / / /
25 / / /
26 / / /
27 / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

1  6. This action shall be remanded to the Eighth Judicial District Court for Clark County, State of Nevada, for all further proceedings.

Dated this 10th day of June, 2011.          Dated this 9th day of June, 2011.

**MARSHALL LAW OFFICE**                     **LEWIS BRISBOIS BISGAARD & SMITH LLP**

_____                    _____
ROBERT E. MARSHALL, ESQ.                    DARRELL D. DENNIS, ESQ.
625 S. Eighth St.                           Nevada Bar No. 6618
Las Vegas, NV 89101                         MICHAEL E. TALBOT, ESQ.
Telephone: (702) 474-0100                   Nevada Bar No. 3827
Fax: (702) 474-0150                         6385 S. Rainbow Boulevard, Suite 600
*Attorneys for Plaintiff*                   Las Vegas, Nevada 89118
                                            Telephone: (702) 893-3383
                                            Fax: (702) 893-3789
                                            E-Mail: dennis@lbbslaw.com
                                            E-Mail: talbot@lbbslaw.com
                                            *Attorneys for Defendant GEICO Casualty Company*

## ORDER

IT IS SO ORDERED.

Dated this 14 day of June, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted By:

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
DARRELL D. DENNIS, ESQ.
MICHAEL E. TALBOT, ESQ.
Nevada Bar No. 3827
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant GEICO Casualty Company*

LEWIS BRISBOIS BISGAARD & SMITH LLP